## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

———————————————————————— )
BETTER WAY FORD, LLC, PEGGY A.       )
CIANCHETTE, ERIC L. CIANCHETTE, and, )
CIANCHETTE FAMILY, LLC,          )
                                 )
        Plaintiffs,               )
                                 )
v.                                  )
                                 )
FORD MOTOR COMPANY and FORD MOTOR )    CIVIL ACTION
CREDIT COMPANY,               )    DOCKET NO.:
                                 )    21-CV-116
        Defendants.             )
———————————————————————— )

---

## AFFIDAVIT OF COUNSEL

---

     I, Melissa M. Hanlon, Esq., being first duly sworn, do hereby depose and state, under oath, as follows:

     1.     I am a member of the law firm of Sulloway & Hollis, P.L.L.C., 9 Capitol Street, Concord, New Hampshire 03301, and am counsel to the defendant Ford Motor Credit Company in the above-captioned matter.

     2.     I submit this Affidavit in response to the Procedural Order issued by the Court on April 30, 2021 [ECF Doc. 3], along with the filing of a complete copy of the record of this case in the state court as made prior to removal ("duplicate record"), which includes the written record (docket sheet) of all actions taken by the state court in the matter prior to removal.

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03301

3.      On information and belief, based on the certification of the clerk of the state court:  (a) the duplicate record submitted contains an accurate copy of every document, of every kind and description, docketed in the state court proceeding before removal to this Court; and (b) the duplicate record reflects every action taken in the matter by the state court prior to removal.

The foregoing is true and correct to the best of my knowledge and belief.

Dated:  May 7, 2021

Respectfully submitted,

FORD MOTOR CREDIT COMPANY

By its Attorney,

*/s/ Melissa M. Hanlon*

Melissa M. Hanlon # 009449
SULLOWAY & HOLLIS, P.L.L.C.
9 Capitol Street
Concord, NH 0330150
Direct: (603) 223-2888
Fax:     (603) 223-2988
Email: mhanlon@sulloway.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

DATED:  May 7, 2021                    */s/ Melissa M. Hanlon*
                                       Melissa M. Hanlon, #009449

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03301