UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BETTER WAY FORD, LLC, et al. | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) CIVIL NO. 2:21-cv-00116-NT |
| | ) |
| FORD MOTOR COMPANY | ) |
| | ) |
| Defendant, | ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order on Defendant's Motion to Dismiss entered by U.S. District Judge Nancy Torresen on March 14, 2024,

JUDGMENT of Dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Stacey Graf
      Deputy Clerk

Dated: March 14, 2024